IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHERYL GUL, et al.,

    Plaintiffs,

v.

    Case No. 2:11-CV-665
    JUDGE EDMUND A. SARGUS, JR.

ZIMMER, INC., et al.,

    Defendants.

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Pending Transfer to Multidistrict Proceedings (Doc. 9). For the reasons set forth in the parties' joint motion and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties' Joint Motion to Stay Pending Transfer to Multidistrict Proceedings is **GRANTED**.

**IT IS SO ORDERED.**

9-8-2011

**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE